IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FELICIA ANDERSON, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| THE BANK OF NEW YORK MELLON, | : | NO. 18-131 |
| TRUST 2007-1, et al., | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 5th day of February, 2018, upon consideration of Ms. Anderson's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The Complaint is DISMISSED without prejudice in accordance with the Court's memorandum.

3. Ms. Anderson may file an amended complaint within thirty (30) days of the date of this Order. Any amended complaint shall identify all of the defendants in the caption of the amended complaint and clearly state the basis for the Court's jurisdiction and the basis for Ms. Anderson's claims against each defendant. Upon the filing of an amendment, the Clerk shall not make service until so ORDERED.

4. If Ms. Anderson does not file an amended complaint, this case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

*/s/ Petrese B. Tucker*
PETRESE B. TUCKER, J.